IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ADRIAN DESJUAN BISHOP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-15-0054-C |
| | ) | |
| JOHN WHETSEL, | ) | |
| Oklahoma County Sheriff, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Charles B. Goodwin, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Goodwin entered a Report and Recommendation on July 10, 2015, recommending that Plaintiff's Motion for Leave to Proceed in Forma Pauperis be denied, and that Plaintiff's conditionally filed Complaint be dismissed. Plaintiff has timely objected. The Court therefore considers the matter de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and Recommendation and there is no purpose to be served in repeating them yet again. In his objection, Plaintiff does not address any of the legal or factual conclusions of the Report and Recommendation or advance any meaningful argument why it should not be adopted.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, Plaintiff's Motion for Leave to Proceed in Forma Pauperis is denied, and his conditionally filed Complaint is dismissed. As

no amendment can cure the defect, this dismissal acts as an adjudication on the merits, and a judgment will enter.

IT IS SO ORDERED this 28th day of July, 2015.

*(signed)*
ROBIN J. CAUTHRON
United States District Judge